IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARDONNA ACKLIN<br>1730 7th St., N.W. Apt.# 409<br>Washington, D.C. 20001<br><br>**Plaintiff,**<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th Street, N.W.<br>Washington, D.C.  20001<br><br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No._____<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")**

To the Judges of the United States District Court for the District of Columbia:

1.  On or about October 27, 2021, Plaintiff filed a complaint against WMATA in the Superior Court of the District of Columbia, in the case titled *Shardonna Acklin v. WMATA*, Case No. 2021 CA 003914 B.

2.  Defendant WMATA was formally served in this action on November 15, 2021.

3.  The Complaint and Information Sheet filed by the Plaintiff in the Superior Court of the District of Columbia are attached. Additionally, the Summons and Initial Order issued by the Superior Court of the District of Columbia are attached. These documents constitute the only process, pleadings, or orders received or filed by the Defendant WMATA in this case.

4.  This is a civil action over which this Court has original jurisdiction, pursuant to Pub. L. No. 89-774 and D.C. CODE §9-1107.10 (81), which specifically grants original

jurisdiction over suits against WMATA to the United States District Court and allows for the removal of claims against WMATA, in state court, to the this court in accordance with 28 U.S.C. §1446 (2017).

5. Pursuant to 28 U.S.C. § 1446(d), a Notice of Removal is being contemporaneously filed with the Clerk of the Superior Court of the District of Columbia and mailed to Plaintiff at her address of record. This Notice is attached.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court of the District of Columbia be removed to this Court.

Respectfully submitted,

/s/ *Michael K. Guss*
Michael K. Guss #465171
Senior Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C.   20001
(202) 962-2886
(202) 962-2550 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Removal was electronically filed and sent to the following persons, via U.S. Mail, this 1st day of December 2021, to:

Shardonna Acklin
1730 7th Street, N.W.
Apt. 409
Washington, D.C. 20001

                                    /s/ *Michael K. Guss*
                                    Michael K. Guss #465171